**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 2:26-cr-12(2)** |
| **Plaintiff,** | : | **Judge Algenon L. Marbley** |
| **v.** | : | **Magistrate Judge S. Courter M. Shimeall** |
| **THOMAS JEFFERSON NEWTON,** | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant Thomas Jefferson Newton's guilty plea. (ECF No. 39). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 12, 2026. (*Id.* at 3–4). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Count 1 of the Indictment, Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 84l(a)(l), 84l(b)(b(1)(A)(viii), and 846. He is hereby **ADJUDGED GUILTY** on this Count.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 1, 2026**